UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MCFALL,<br><br>    Plaintiff,<br><br>    v.<br><br>STACY AND WITBECK, INC., et al.,<br><br>    Defendants. | Case No. 14-cv-04150-JSC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Upon review of the parties' Updated Joint Case Management Conference Statement the Court continues the May 14, 2015 case management conference to July 30, 2015 at 1:30 p.m. If the parties subsequently agree that the July 8, 2015 mediation should be continued, they shall submit a stipulation that includes a new deadline for completion of mediation, along with any proposed modifications to the case management schedule including a new date for the continued case management conference.

**IT IS SO ORDERED.**

Dated: May 12, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge