UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MCFALL,<br><br>    Plaintiff,<br><br>    v.<br><br>STACY AND WITBECK, INC., et al.,<br><br>    Defendants. | Case No. 14-cv-04150-JSC<br><br>**ORDER RE: CASE SCHEDULE** |

The parties were ordered to file a joint stipulation regarding the case schedule or separate statements if they could not agree by November 5, 2015; however, they failed to do so.  Under the current case management schedule, the time for filing dispositive motions has run and trial is set for April 18, 2016.  On or before December 18, 2015, the parties shall file a joint statement regarding whether they agree to the current trial date or propose amendment of the date.

**IT IS SO ORDERED.**

Dated: December 14, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge