UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MCFALL,<br><br>    Plaintiff,<br><br>v.<br><br>STACY AND WITBECK, INC., et al.,<br><br>    Defendants. | Case No. 14-cv-04150-JSC<br><br>**AMENDED CASE MANAGEMENT SCHEDULE**<br><br>Re: Dkt. No. 50 |

The parties have filed a stipulation proposing amendment to the current Case Management Schedule. (Dkt. No. 50.) The Court adopts the parties' schedule with the exception of the trial date and AMENDS the previously established CASE MANAGEMENT SCHEDULE as follows.

| | |
|---|---|
| Discovery Cut-Off: | April 15, 2016 |
| Plaintiff's Expert Report Due: | May 16, 2016 |
| Defendants' Expert Report Due: | June 15, 2016 |
| Plaintiff's Rebuttal Expert Report Due: | July 15, 2016 |
| Expert Discovery Cut-Off: | August 1, 2016 |
| Deadline for Filing Dispositive Motions: | August 15, 2016 |
| Pretrial Conference: | October 13, 2016 |
| Trial: | October 31, 2016 |

The Court has omitted the parties' stipulation to a discovery motion cut-off of January 15, 2016 as that deadline is illogical given the April 15 fact discovery cut-off. Absent a further

1  stipulation from the parties, the deadline for filing a discovery motion is governed by Civil Local
2  Rule 37-3.
3  **IT IS SO ORDERED.**
4  Dated: January 6, 2016

                                                                                    _____
                                                                                    JACQUELINE SCOTT CORLEY
                                                                                    United States Magistrate Judge